PROB 12A
(7/93)

# United States District Court

### for the

### Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*



Name of Offender:  Jerry E. White                     Case Number: 2:03CR00135-001

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, U.S. District Judge

Date of Original Sentence: 3/10/2004                  Type of Supervision:  Supervised Release

Original Offense: Manufacture of Marijuana,           Date Supervision Commenced:  3/10/2004
21 U.S.C. § 841(a)(1)

Original Sentence: Prison - 5 Months;                 Date Supervision Expires:  3/9/2006
TSR - 24 Months

## NONCOMPLIANCE SUMMARY

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 2 5 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Special Condition # 16:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer. |

**Supporting Evidence:** Jerry White violated the conditions of his supervised release on or about March 17, 2005, by submitting a urine sample which was presumptively positive for cocaine metabolite.  The offender was contacted on April 4, 2005, and told that the laboratory analysis of his urinalysis test from March 17, 2005, was also positive for cocaine metabolite.  Mr. White denies any illegal drug use.

**U.S. Probation Officer Action**:

The offender's urinalysis testing has been increased to four times a month.  The offender has also been directed to apply for ADATSA funding to have a substance abuse evaluation completed to determine if treatment is necessary at this time.  Mr. White has obtained the necessary paperwork, and after completing the paperwork, will turn it in to the Department of Social and Health Services.

Respectfully submitted,

by        *Anne Sauther*

Anne L. Sauther
U.S. Probation Officer
Date:  April 18, 2005

Prob12A
**Re:  White, Jerry E.**
**April 18, 2005**
**Page 2**

[ ]   Court Concurs with Officer Action
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons
[ ]   Other

Signature of Judicial Officer

4/18/05

Date